**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**KELLY LYNN BRITTON,**                                                            **PLAINTIFF,**

**VS.**                                        **CIVIL ACTION NO. 1:04CV160-P-D**

**LOWNDES COUNTY SHERIFF'S DEPARTMENT;
LOWNDES COUNTY, MISSISSIPPI; DEPUTIES
BOBBY REEVES AND TIMOTHY TAYLOR, in their
individual capacities,**                                                            **DEFENDANTS.**

**ORDER**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants' Motion for Partial Summary Judgment [44-1] is hereby **GRANTED**, accordingly,

(2) With the exception of the plaintiff's claim against Defendants Bobby Reeves and Timothy Taylor, individually, under 42 U.S.C. § 1983 for excessive force by use of pepper spray, the remainder of the plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 17th day of November, A.D., 2005.

                                                                                      /s/ W. Allen Pepper, Jr.
                                                                                      W. ALLEN PEPPER, JR.
                                                                                      UNITED STATES DISTRICT JUDGE